# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2062
Lower Tribunal No. 2016-DR-2960

_____

JESSE GRAHAM, JR.,

Appellant,

v.

CARINA GRAHAM,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Michael Kraynick, Judge.

February 20, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WHITE, JJ., concur.


Brandon Tyson, of Tyson Law Firm, LLC, and Christopher H. Morrison, of Christopher H. Morrison, P.A., Winter Park, for Appellant.

Andrew T. Windle, of The Windle Family Law Firm, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED